NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maria Socorro Molina-Alejos,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>Eric Himpton Holder,<br><br>　　　　　　Respondent. | No. CV-15-00396-PHX-JJT<br><br>**ORDER** |

**THIS MATTER** is before the Court upon Magistrate Judge Michelle H. Burns' Report and Recommendation (Doc. 25), filed May 26, 2015.

**IT IS ORDERED** accepting, adopting and incorporating by reference Magistrate Judge Burns' Report and Recommendation and the analysis contained therein (Doc. 25).

**IT IS FURTHER ORDERED** that the Amended Petition for a Writ of Habeas Corpus (Doc. 16) is dismissed without prejudice, pursuant to the Petitioner's Motion to Voluntarily Dismiss Petition (Doc. 24).

Dated this 1st day of July, 2015.

　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　United States District Judge